**UNITED STATES DISTRICT COURT**
for the
**Western District of Wisconsin**

265184

United States of America

)
)
)
)
-vs·                                            )
                                                )
Anna M Riezinger-Von Reitz a/k/a                )
Anna Riezinger a/k/a Anna M Belcher and James Belcher )
                                                )
                                                )
                                                )
_____)

**RETURN OF SERVICE**

Case No: <u>3:24-cv--831</u>

Alaska Court Services
821 N Street #104
Anchorage, AK 99501
907-258-3211

**I certify that on Sunday, December 8, 2024 at <u>12:53 PM</u>   I served the following documents:**
Summons in a Civil Action; Notice, Consent and Reference of a Civil Action to a Magistrate Judge; Complaint

**for service upon  <u>Anna M Riezinger-Von Reitz</u>**

**at  <u>2390 S Southpark Rd  in Big Lake,  Alaska,</u>**
**By leaving a true and correct copy with  Anna M Riezinger-Von Reitz**

SUBSCRIBED AND SWORN to me on   December 8, 2024

_____
Process Server /    Jeremiah Linquist

_____
Notary Public in and for the State of  Alaska
My Commission Expires 7-5-2028



'OFFICIAL SEAL'
STEVE ARTURO
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 7-5-28