IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-831 |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER; and JAMES C. BELCHER, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR CLERK'S ENTRY OF DEFAULT
AGAINST ANNA M. RIEZINGER-VON REITZ**

Plaintiff, United States of America, requests the Clerk of Court to enter Defendant Anna M. Riezinger-Von Reitz's default under Fed. R. Civ. P. 55(a) for her failure to answer or otherwise respond to the United States' complaint.

On December 8, 2024, a process server served Anna M. Riezinger-Von Reitz with a copy of the complaint and summons in this case. (ECF No. 4.) More than 21 days have passed, and Anna M. Riezinger-Von Reitz did not answer or otherwise plead in response to the complaint, as required by Fed. R. Civ. P. 12(a)(1)(A)(i). (*See* docket.)

Therefore, the Clerk of Court should enter default against Defendant Anna M. Riezinger-Von Reitz pursuant to Fed. R. Civ. P. 55(a).

1

Dated: January 27, 2025				TIMOTHY M. O'SHEA
							United States Attorney

							DAVID A. HUBBERT
							Deputy Assistant Attorney General

							 s/ Daniel A. Applegate
							DANIEL A. APPLEGATE
							Trial Attorney, Tax Division
							U.S. Department of Justice
							P.O. Box 7238, Ben Franklin Station
							Washington, D.C.  20044
							Telephone: (202) 353-8180
							Fax: (202) 514-6770
							daniel.a.applegate@usdoj.gov