IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,               ) | |
| )                                                                                          | |
| Plaintiff,       ) | |
| )                                                                                          | |
| v.                                                       ) | Case No. 3:24-cv-831 |
| )                                                                                          | |
| ANNA M. RIEZINGER-VON REITZ a/k/a   ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M.  ) | |
| BELCHER; and JAMES C. BELCHER,       ) | |
| )                                                                                          | |
| Defendants.       ) | |

**ENTRY OF DEFAULT AGAINST ANNA M. RIEZINGER-VON REITZ**

Plaintiff, United States of America, requests that the clerk of court enter default against defendant Anna M. Riezinger-Von Reitz pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Anna M. Riezinger-Von Reitz has failed to appear, plead, or otherwise defend, the default of defendant Anna M. Riezinger-Von Reitz is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this _____ day of _____, 2025.

_____
Joel Turner, Clerk of Court

1