IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA M. RIEZINGER-VON REITZ a/k/a ) <br> ANNA MARIA RIEZINGER a/k/a ANNA M. ) <br> BELCHER; and JAMES C. BELCHER, ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-831 |

### DECLARATION OF DANIEL APPLEGATE IN SUPPORT OF MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST ANNA M. RIEZINGER-VON REITZ

I, Daniel A. Applegate, declare as follows:

1. I am employed as a Trial Attorney by the Tax Division of the U.S. Department of Justice and work in Washington, D.C. I am assigned litigation responsibility for the above captioned case.

2. The complaint in this case was filed on November 22, 2024 (ECF No. 1). The summons was issued that same day (ECF No. 2).

3. Defendant Anna M. Riezinger-Von Reitz was served with a copy of the summons and complaint on December 8, 2024, as reflected on the docket sheet by the proof of service filed on December 12, 2024 (ECF No. 4).

4. An answer to the complaint was due on December 30, 2024.

5. Defendant Anna M. Riezinger-Von Reitz has failed to appear, plead or otherwise defend within the time allowed and, therefore, is now in default.

6. Plaintiff requests that the clerk of court enter default against defendant Anna M. Riezinger-Von Reitz.

1

2

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 27, 2025

/s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division