IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-831 |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER; and JAMES C. BELCHER, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR CLERK'S ENTRY OF DEFAULT
AGAINST JAMES C. BELCHER**

Plaintiff, United States of America, requests the Clerk of Court to enter Defendant James C. Belcher's default under Fed. R. Civ. P. 55(a) for his failure to answer or otherwise respond to the United States' complaint.

On December 8, 2024, a process server served James C. Belcher with a copy of the complaint and summons in this case by leaving a copy with his co-resident, Defendant Anna M. Riezinger-Von Reitz, a person of suitable age and discretion. (ECF No. 5.) More than 21 days have passed, and James C. Belcher did not answer or otherwise plead in response to the complaint, as required by Fed. R. Civ. P. 12(a)(1)(A)(i). (*See* docket.)

Therefore, the Clerk of Court should enter default against Defendant James C. Belcher pursuant to Fed. R. Civ. P. 55(a).

Dated: January 27, 2025                    TIMOTHY M. O'SHEA
                                           United States Attorney

                                           DAVID A. HUBBERT
                                           Deputy Assistant Attorney General

                                           /s/ Daniel A. Applegate
                                           DANIEL A. APPLEGATE
                                           Trial Attorney, Tax Division
                                           U.S. Department of Justice
                                           P.O. Box 7238, Ben Franklin Station
                                           Washington, D.C.  20044
                                           Telephone: (202) 353-8180
                                           Fax: (202) 514-6770
                                           daniel.a.applegate@usdoj.gov