IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-831 |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER; and JAMES C. BELCHER, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF DEFAULT AGAINST JAMES C. BELCHER**

Plaintiff, United States of America, requests that the clerk of court enter default against defendant James C. Belcher pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant James C. Belcher has failed to appear, plead, or otherwise defend, the default of defendant James C. Belcher is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 28th day of January, 2025.

                                                        s/L. Kamke, Deputy Clerk
                                                        Joel Turner, Clerk of Court