IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-831 |
| ) | |
| ANNA M. RIEZINGER-VON REITZ a/k/a ) | |
| ANNA MARIA RIEZINGER a/k/a ANNA M. ) | |
| BELCHER; and JAMES C. BELCHER, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF DANIEL APPLEGATE

I, Daniel A. Applegate, counsel for the United States in this case, declare as follows:

1. Upon information and belief, Anna M. Riezinger-Von Reitz is not incompetent or an infant. On February 7, 2025, I consulted the Department of Defense Manpower Data Center Service Members' Civil Relief Act database at https://scra.dmdc.osd.mil/scra/#/single-record, and entered in its search parameters Anna M. Riezinger-Von Reitz's name and Social Security number. The database did not possess any information indicating that Anna M. Riezinger-Von Reitz is currently on active duty in the United States military. A copy of the database report for Anna M. Riezinger-Von Reitz is attached as Exhibit A.

2. Upon information and belief, James C. Belcher is not incompetent or an infant. On February 7, 2025, I consulted the Department of Defense Manpower Data Center Service Members' Civil Relief Act database at https://scra.dmdc.osd.mil/scra/#/single-record, and entered in its search parameters James C. Belcher's name and Social Security number. The database did not possess any information indicating that James C. Belcher is

currently on active duty in the United States military.  A copy of the database report for James C. Belcher is attached as Exhibit B.

## **VERIFICATION**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2025

/s/ Daniel A. Applegate
DANIEL A. APPLEGATE
Trial Attorney, Tax Division