FILED/REC'D
2025 MAR 17 P 12:08
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

March 11, 2025
Big Lake, Alaska

To: The United States District Court

From: Anna Maria

I was given this correspondence because I have a somewhat similar name: Anna Maria Riezinger.

No such person as Anna M Riezinger-von Reitz exists to my knowledge.

As you can readily see, such a misnomer is additionally void for vagueness. It could be a reference to an Anna Margaret, Anna Mathilda, Anna Melissa, etc. etc., and so, does not properly identify the purported Defendant. I am returning it as I received it.

Sincerely,
Anna Maria