IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANNA M. RIEZINGER-VON REITZ a/k/a ) <br> ANNA MARIA RIEZINGER a/k/a ANNA M. ) <br> BELCHER; and JAMES C. BELCHER, ) <br> ) <br> Defendants. ) | Case No. 3:24-cv-831 |

**ENTRY OF DEFAULT AGAINST ANNA M. RIEZINGER-VON REITZ**

Plaintiff, United States of America, requests that the clerk of court enter default against defendant Anna M. Riezinger-Von Reitz pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant Anna M. Riezinger-Von Reitz has failed to appear, plead, or otherwise defend, the default of defendant Anna M. Riezinger-Von Reitz is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this \_\_28th\_\_ day of \_\_January\_\_, 2025.

s/L. Kamke, Deputy Clerk
Joel Turner, Clerk of Court

1