# U.S. District Court
# Western District of Wisconsin
# Notice of Electronic Filing

The following transaction was entered on 2/13/2025 at 2:09 PM CST and filed on 2/13/2025

Case Name:          United States of America v. Riezinger-Von Reitz, Anna et al
Case Number:        3:24-cv-00831-wmc
Filer:
Document Number: No document attached

Docket Text:
Set/Reset Telephonic Hearing: Default Hearing set for 3/12/2025 at 09:00 AM before District Judge William M. Conley. Counsel for Plaintiff responsible for setting up the call to chambers at (608) 264-5087. If defendants wish to appear, defendants must provide the court with a telephone number at which defendants can be reached. (lam)