**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703

OFFICIAL BUSINESS

MILWAUKEE WI 530

18 FEB 2025 PM 6 L



quadient

FIRST-CLASS MAIL
IMI
**$000.69**
02/18/2025 ZIP 53703
043M31263465

US POSTAGE

Anna M. Riezinger-Von Reitz
P.O. Box 520994
Big Lake, Alaska 99652

99652-099494