March 12, 2025
Big Lake, Alaska

FILED/REC'D
2025 MAR 17 P 12:09
CLERK OF COURT
U.S. DISTRICT COURT
W D OF WI

To: United States District Court

From: James Clinton

I was given this correspondence because I have a somewhat similar name: James Clinton Belcher.

However, I am not a District member or District personnel and know of no business with the District Court.

Additionally, this name, James C. Belcher, is not specific. It could be addressed to James Clarence Belcher or James Christian Belcher or someone else entirely, so I am returning it to your attention.

Sincerely,
James Clinton.