**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703

OFFICIAL BUSINESS

MILWAUKEE WI 53
18 FEB 2025 PM 3

quadient
FIRST-CLASS MAIL
IMI
$000.69
02/18/2025 ZIP 53703
043M31263465

US POSTAGE

James C. Belcher
P.O. Box 520994
Big Lake, Alaska 99652

99652-099494