

POSTAGE PAID
MAIL EXPRESS
WASILLA, AK 99654
MAR 13, 2025
$31.40
R2303 101497-08

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

(30)

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



EP13F July 2022
OD: 12 1/2 x 9 1/2



UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 955 573 935 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( )

Postmaster
Big Lake, Alaska
in care of: Box 520994

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☒ SIGNATURE REQUIRED
☐ No Saturday Delivery
☐ Sunday/Holiday Delivery Required

TO: (PLEASE PRINT)   PHONE ( )

Office of the Clerk
UNITED STATES DISTRICT COURT
120 North Henry Street, Rm 300
Madison, WISCONSIN  53703

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

PO ZIP Code: 99654
Scheduled Delivery Date: 610
Postage: $31.40

Date Accepted: 3/13/25
Scheduled Delivery Time: ☐ 6:00 PM
Insurance Fee: $
COD Fee: $

Time Accepted: 4:00 ☒ PM
Return Receipt Fee: $
Live Animal Transportation Fee: $

Special Handling/Fragile: $
Sunday/Holiday Premium Fee: $
Total Postage & Fees: 31.40

Weight: 2 lbs. 9 ozs.  ☐ Flat Rate
Acceptance Employee Initials: CEB
$31.40

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt / Time / Employee Signature
Delivery Attempt / Time / Employee Signature

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996



  

UNITED STATES POSTAL SERVICE