

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**WASHINGTON, DC 20224**

FILED/REC'D
2026 JAN 30 P 12:08
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

**SMALL BUSINESS / SELF-EMPLOYED DIVISION**

Field Collection
Civil Enforcement, Advice & Support Operations (CEASO)
PALS

January 28, 2026

Clerk of Court
United States District Court for the Western District of Wisconsin
120 North Henry Street, Room 320
Madison, WI 53703

    Re:    United States of America v. Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M. Belcher; and James C. Belcher
            <u>Case NO. 3:24-cv-831</u>

    Pursuant to an Order of default judgment entered by this Court on March 12, 2025, the Internal Revenue Service's Property Appraisal & Liquidation Specialist "PALS" sold the real property for $111,000.00 on January 28, 2026. Enclosed please find the following check for deposit into an interest-bearing account for later distribution:

    1)    Total remittance check in the amount of $24,020.00, dated January 20, 2026.

    This amount reflects the deposit amount of 20% of the purchase price of the real estate as sold at public auction in the above-referenced case.

Please return a stamped copy of the Order of Sale and a receipt for the deposit of funds into the court's registry. I have included a self-addressed postage paid envelope for your use.

Thank you for your assistance in this matter.

If you have any questions, please call Shannon Williams (414) 530-3595.