

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

**SMALL BUSINESS / SELF-EMPLOYED DIVISION**

2/26/2026

| | |
|---|---|
| MEMORANDUM FOR | United States Courthouse<br>United States District Court for the Western District of Wisconsin |
| FROM: | Shannon Williams<br>PROP AP & LIQ SPEC-PALS |
| SUBJECT: | Case # 3:24-cv-831<br>United States of America v Anna M. Riezinger-Von Reitz a/k/a Anna Maria Riezinger a/k/a Anna M Belcher; and James C. Belcher et al.<br><br>* Final pmt |

Enclosed are:

* Funds received as the final payment $86,980.

Please deposit this into the registry of the court and issue a receipt to Shannon Williams at 211 W Wisconsin Ave, Milwaukee, WI 53203.

If you have any questions, please contact me at (414) 530-3595.