IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-cv-831 ) |
| ANNA M. RIEZINGER-VON REITZ a/k/a ANNA MARIA RIEZINGER a/k/a ANNA M. BELCHER; and JAMES C. BELCHER, | ) ) ) ) |
| Defendants. | ) ) |

## DECLARATION OF SHANNON WILLIAMS

I, Shannon Williams, declare the following pursuant to 28 U.S.C. § 1746(2):

1. I am executing this declaration in support of the United States' Motion for Order Confirming Sale, and I have personal knowledge of the facts stated in this declaration.

2. I am employed as a specialist at Property Appraisal and Liquidation Specialists ("PALS") with the Internal Revenue Service ("IRS"). My post of duty is Milwaukee, Wisconsin. My official duties as a PALS specialist include the sale of property seized or pursuant to a court order. In this capacity I was assigned to sell the real property identified as Vacant Land Parcel No. 002-0150.0025, city of Black River Falls, municipality of the Town of Adams, in Jackson County (the "Property") consisting of one parcel, which this Court has ordered sold. The Court's Order of Sale is attached as **Exhibit A**.

3. The Property was first scheduled to be sold on July 11, 2025, but, despite publishing the Notice of Sale for four consecutive weeks prior to the scheduled auction, no bids were made on the Property.

4. The Property was next scheduled to be sold on November 6, 2025, but the lapse in appropriations for the government resulted in the cancellation of the auction after

1

publishing the Notice of Sale.

5. The Property was then scheduled to be sold on January 28, 2026.

6. For four consecutive weeks prior to January 28, 2026, the Notice of Sale was published in the classified section of the Banner Journal, a newspaper which has general circulation in Jackson County, the county in which the Property is located.  The Notice was published on December 24, 2025, December 31, 2025, January 7, 2026, January 14, 2026, and January 21, 2026.  The Notice of Sale is attached as **Exhibit B**.  A copy of the publisher's affidavit is attached as **Exhibit C**.

7. On January 28, 2026, at 11:30 a.m., in my capacity as a PALS specialist, I offered the Property for sale to the highest bidder at public auction.  Three bidders provided proof of funds and registered to bid on the property.

8. On January 28, 2026, the Property was sold for $111,000 to the highest bidder, DeWitt Enterprises Inc. at N1900 S 31st Rd, Coleman, WI 54112-9737.  At the time of the sale, the purchaser paid $24,020, which I mailed to the Clerk of the Court.  On February 25, 2026, I received the balance of the purchase price of $86,980, which I mailed to the Clerk of the Court.

9. In connection with the sale, the IRS incurred a total of $1,763.62 in expenses, as follows (*see* **Exhibit D**):

   a. Title Report: ProTitle USA Title Search,
      9550 Regency Square Blvd, Unit 906, Jacksonville, FL 32225     $175.00

   b. Legal ads (first auction held on July 11, 2025):
      Nationwide Newspapers, 5913 Master Boulevard,
      Orlando, FL 32819                                              $434.00

   c. Legal ads (second scheduled auction on November 6, 2025
      but cancelled due to government shutdown):
      Nationwide Newspapers, 5913 Master Boulevard,

2

      Orlando, FL 32819       $490.00

   d. Legal ads (third auction held on January 28, 2026):
My Classified Ads, 7853 Gunn Hwy Suite 206,
Tampa, FL 33626       $664.62

10. The check to reimburse the costs of $1,763.62 incurred by the IRS in association with the sale of the Property should be sent to: United States Treasury, Attn: Shannon Williams, PALS, 211 W Wisconsin Ave, Milwaukee, WI 53203.

11. On February 26, 2026, I obtained from the Jackson County Treasurer, Tabitha Chonka-Michaud, a payoff balance of any unpaid real property taxes regarding the Property. As of March 31, 2026, unpaid real property taxes for calendar year 2024 and 2025 totaling $4,619.51 are due to the Jackson County Treasurer. (*See* Property Tax Statements of the Jackson County Treasurer, attached as **Exhibit E** to this declaration.)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2026

*Shannon Williams*
Shannon Williams
Property Appraisal & Liquidation Specialist
Internal Revenue Service