IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:24-cv-831 |
| ANNA M. RIEZINGER-VON REITZ a/k/a ANNA MARIA RIEZINGER a/k/a ANNA M. BELCHER; and JAMES C. BELCHER, | ) |
| Defendants. | ) |

**ORDER CONFIRMING SALE AND DIRECTING DISTRIBUTION OF PROCEEDS**

Before the Court is the United States of America's Motion to Confirm Sale and Direct Distribution of Sale Proceeds. On March 12, 2025, the Court entered final judgment in favor of the United States and against Anna M. Riezinger-Von Reitz and James C. Belcher. (ECF No. 22.) The Court found that the federal tax liens related to Riezinger Von-Reitz's federal income tax liabilities for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009, and the judgment lien arising upon the filing of an abstract of judgment on August 14, 2024, recording a judgment entered against Anna M. Riezinger-Von Reitz on June 5, 2024 in the case *United States v. Anna M. Riezinger-Von Reitz*, Case No. 3:23-cv-260 (D. Alaska), attached to certain real property in Jackson County, Wisconsin. The Court ordered that those tax liens and the judgment lien be enforced against the real property and ordered that James C. Belcher has no right, claim, or interest in the real property or the proceeds from any sale of the real property. (*Id.*)

The Court then entered an Order of Sale authorizing the IRS to sell the real property, with the proceeds to be distributed as set forth in the Order. (ECF No. 23.) The IRS subsequently sold the real property at public auction. The United States now requests that the Court enter an order

1

confirming the sale of the real property and distributing the proceeds from the real and personal property sales in accordance with the priorities set forth in the Order of Sale.

Upon consideration of the United States' motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the United States' motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the sale of the real property identified as Vacant Land Parcel No. 002-0150.0025, city of Black River Falls, municipality of the Town of Adams, in the county of Jackson and state of Wisconsin, described as follows:

> Lot 4 of Jackson County Certified Survey Map No. 1615, as recorded in the Officer of Register of Deeds for Jackson County, Wisconsin in Volume Seven of Surveys, page 184, as Doc. No. 283086, and being a part of Government Lots 5 and 6, Section Eleven, Township Twenty-one North, Range Four West.

to DeWitt Enterprises Inc. for the sum of $111,000 is **CONFIRMED**. The Internal Revenue Service shall issue a deed for the Property in accordance with the Order of Sale.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall distribute the proceeds of the sale of the Property, in the amount of $111,000, as follows:

1. To the Internal Revenue Service Property Appraisal and Liquidation Specialists (IRS PALS) in the amount of $1,763.62 (by check made payable to the U.S. Treasury) for expenses incurred related to the sale of the real property. The check shall be sent to:

> United States Treasury
> Attn: Shannon Williams
> PALS
> 211 W. Wisconsin Ave.
> Milwaukee, WI 53203

2. To the Jackson County Treasurer, in the amount of $4,619.51, for delinquent real property taxes and other local assessments due and owing related to the Property. The check to the Jackson County Treasurer shall be sent to:

2

Jackson County Treasurer
Tabitha Chokna-Michaud
307 Main St.
Black River Falls, WI 54615

3. The remaining balance of $104,616.87 to the United States to be applied towards Anna M. Riezinger Von-Reitz's federal income tax liabilities for tax years 2002, 2003, 2004, 2005, 2006, 2007, 2008, and 2009, and the judgment lien arising upon the filing of an abstract of judgment on August 14, 2024, recording a judgment entered against Anna M. Riezinger-Von Reitz on June 5, 2024 in the case *United States v. Anna M. Riezinger-Von Reitz*, Case No. 3:23-cv-260 (D. Alaska). Payment to the United States shall be sent by wire transfer pursuant to the instructions on the form attached to the government's Motion titled "FEDWIRE ELECTRONIC FUNDS TRANSFER to the UNITED STATES DEPARTMENT OF JUSTICE." Instructions may also be obtained from Stephanie Milton, USDOJ, telephone: (202) 353-2582.

**IT IS SO ORDERED.**

Dated: March 2, 2026

_____
WILLIAM M. CONLEY
UNITED STATES DISTRICT JUDGE

Case: 3:24-cv-00831-wmc    Document #: 31    Filed: 03/02/26    Page 4 of 4